# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lissa Mel Hatanaka, | No. CV-25-02448-PHX-KML (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner challenged her immigration detention, in part, under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention has exceeded the removal period and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) After briefing and supplemental briefing, the Court directed Respondents to show cause why Petitioner's petition should not be granted as to her *Zadvydas* claim. (Doc. 28.) Respondents' response stated:

> Respondents concede that Petitioner has been detained beyond the six month presumptively reasonable period established under *Zadvydas* and that they cannot establish facts sufficient to show good cause why Petitioner is not entitled to release.

(Doc. 29.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim. Any remaining portions of the Petition will be denied as moot.

**IT IS THEREFORE** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her *Zadvydas* claim. The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 26th day of January, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**